SC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Phia Lee,<br><br>    Plaintiff,<br><br>vs.<br><br>M. Hodges Wilkins, et al.,<br><br>    Defendants. | No. 1:08-CV-00568-ROS<br><br>**ORDER DIRECTING PAYMENT OF INMATE FILING FEE** |

**TO: THE DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS, 1515 S Street, Sacramento, California 95814:**

    Plaintiff Phia Lee, inmate #K-62213, who is confined in the Pleasant Valley State Prison in Coalinga, California, is a prisoner proceeding *pro se* and *in forma pauperis*. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to Plaintiff's trust account. The California Department of Corrections is required to send to the Clerk of Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

**IT IS ORDERED:**

    (1)    The Director of the California Department of Corrections or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and shall forward those

1  payments to the Clerk of Court each time the amount in the account exceeds $10.00, in
2  accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and
3  forwarded to the Clerk of Court. The payments shall be clearly identified by the name and
4  number assigned to this action.

5     (2) The Clerk of Court is directed to serve a copy of this Order and a copy of
6  Plaintiff's *in forma pauperis* affidavit on the Director of the California Department of
7  Corrections, 1515 S Street, Sacramento, California 95814.

8     (3) The Clerk of Court is directed to serve a copy of this Order on the Financial
9  Department, U.S. District Court, Eastern District of California, Fresno Division.

11     DATED this 19th day of February, 2009.

_____
Roslyn O. Silver
United States District Judge